MARY BLANCHARD, RESPONDENT, *v.* LEWIS TULIP,
APPELLANT.

*Evidence — action for slander — facts tending to mitigate the damages cannot be
proved unless they are pleaded.*

APPEAL from a judgment in favor of the plaintiff, entered on
the report of a referee.

The action was brought to recover damages for a slander uttered
by the defendant, charging the plaintiff, a married woman, with
unchastity. The answer contained a denial and an allegation of
the truth of the charge.

On this appeal the defendant alleges as error that upon the trial
he asked a witness: "Do you know the general reputation of the
plaintiff as to chastity in the community previous to 1882?" that
being the time of the alleged slander. This was excluded, among
other reasons, because no mitigation was pleaded in the answer, and
also as immaterial.

The court at General Term said: "The defendant cites, to show
that this was error, the case of *Wandell v. Edwards* (32 Sup. Ct.
N. Y. [25 Hun], 498). But the evidence there offered was not evi-
dence of general bad reputation, nor was the action for slander. It
was held that in an action by a father for seduction of his daughter,
proof that she had been previously seduced might be given without
setting up the fact in the answer.

"In the present case the evidence, if material, would be material
only as it tended partly to excuse the defendant for uttering the
slander, and thus to mitigate the damages which might otherwise
have been given to punish him for his false statement. Therefore
the facts should have been pleaded." (*Willover v. Hill*, 72 N. Y.,
36; Code, § 536.)

Judgment should be affirmed, with costs.

*J. B. Riley*, for the appellant.

*Beckwith, Barnard & Wheeler*, for the respondent.

Opinion *Per Curiam*.

Present — LEARNED, P. J., BOARDMAN and BOCKES, JJ.

Judgment affirmed, with costs.